429 A.2d 62

Commonwealth v. Brown, Appellant.

Submitted June 29, 1979. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Joseph C. Madenspacher, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, HOFFMAN and CATANIA, JJ.*

Order affirmed.

429 A.2d 63

Commonwealth v. Coleman, Appellant.

Submitted April 16, 1980. Jay Y. Rubin, for appellant; Walter S. Vuckovich, District Attorney, for Commonwealth, appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

The judgment of sentence is hereby affirmed.